**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **ROHON YAKI VILLEGAS-SANCHEZ,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **Case No. CIV-26-2216-D** |
| **v.** | ) | |
| | ) | |
| **CHRIS GANTT, et al.,**[1] | ) | |
| | ) | |
| **Respondents.** | | |

**ORDER TO PETITIONER TO CURE DEFICIENCIES**

The Court is in receipt of the documents Petitioner submitted in the above-referenced matter. However, the documents are deficient in the area(s) indicated below:

__X___ No filing fee ($5.00) was paid to the Court and/or *in forma pauperis* motion (motion to proceed without prepayment of fees or costs) has not been submitted for filing.

---

[1] Petitioner named "Warden Chris Gantt" as the sole respondent. (Doc. 1, at 1). "The proper respondent to a habeas petition is the person who has custody over the petitioner." *Rumsfeld v. Padilla*, 542 U.S. 426, 434 (2004) (citation modified). Thus, "the default rule is that the proper respondent is the warden of the facility where the prisoner is being held, not the Attorney General or some other remote supervisory official." *Id.* at 435. But because ICE "is in complete control of detainees' admissions and release" and is housed within the Department of Homeland Security, "the Attorney General of the United States [Todd Blanche] and the Secretary of Homeland Security [Markwayne Mullin]" are also appropriate respondents. *Rafati v. Barr*, Case No. 20-CIV-411, 2020 WL 12968837, at *1 (E.D. Okla. Dec. 22, 2020) (quoting *Calderon v. Sessions*, 330 F. Supp. 3d 944, 953 (S.D.N.Y. 2018)); *cf. Castillo-Hernandez v. Longshore*, 6 F. Supp. 3d 1198, 1212 (D. Colo. 2013) ("[T]his Court concludes that either the Attorney General or [the Department of Homeland Security] Secretary is the proper respondent.").

"If a petitioner names the wrong respondent, this Court may simply substitute the correct party." *Dopp v. McCoin*, No. CIV-18-520-D, 2019 WL 3071984, at *2 (W.D. Okla. Feb. 28, 2019), *adopted*, 2019 WL 1952693 (W.D. Okla. May 2, 2019). The undersigned does so here by adding Markwayne Mullin and Todd Blanche as respondents.

________ *In forma pauperis* motion is not on the proper form.

________ *In forma pauperis* motion is missing an original signature by the petitioner.

________ *In forma pauperis* motion is missing financial information and/or signature of authorized officer of penal institution.

________ *In forma pauperis* motion is missing the certified copy of the statement(s) of petitioner's institutional account(s) for the six-month period immediately preceding filing, obtained from the appropriate official of each penal institution or jail at which Petitioner is or was confined.

________ Initiating document is not on the proper form and does not supply the Court with equivalent information required by the form.

________ Initiating document is not properly signed by Petitioner.

**The Court orders Petitioner to cure the deficiencies designated above on or before September 17, 2026. Failure to comply with this Order may result in the dismissal of this action.** The Clerk of Court is directed to send Petitioner the necessary forms to comply with this order.

IT IS SO ORDERED this 27th day of August, 2026.

Amanda L. Maxfield
AMANDA L. MAXFIELD
UNITED STATES MAGISTRATE JUDGE