**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **ROHON YAKI VILLEGAS-SANCHEZ,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **Case No. CIV-26-2216-D** |
| **v.** | ) | |
| | ) | |
| **CHRIS GANTT, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

# ORDER

On August 27, 2026, the Court entered an Order to Petitioner to Cure Deficiencies because Petitioner had not paid the filing fee or filed an *in forma pauperis* ("IFP") motion (motion to proceed without prepayment of fees or costs). (Doc. 5). When that Order was mailed to Petitioner, it was returned as undeliverable on September 9, 2026. (Doc. 6). The U.S. Immigration and Customs Enforcement's Online Detainee Locator System indicates Petitioner is now housed at ERO El Paso Camp East Montana at 6920 Digital Road, El Paso, Texas 79936. *See* https://locator.ice.gov/odls/#/search (last visited September 28, 2026). The Court exercises it discretion to *sua sponte* extend Petitioner's deadline.

Petitioner's deadline to cure the deficiency is extended until **October 20, 2026.** The Clerk of Court is directed to send Petitioner copies of the Order to Cure Deficiencies, (Doc. 5), the necessary forms to comply with the Order to Cure Deficiencies, and this Order at the following address: ERO El Paso Camp East Montana, 6920 Digital Road, El Paso, Texas 79936.

IT IS SO ORDERED this 29th day of September, 2026.

AMANDA L. MAXFIELD
UNITED STATES MAGISTRATE JUDGE